# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**MAXIMINA BANOS MENDEZ
a/k/a MARIA DEL CARMEN NEGRON ROSARIO**

Venue: SAN FRANCISCO

## CRIMINAL COMPLAINT

CASE NUMBER:  8 - - 7018

JCS

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>March 24, 2008</u> in San Francisco County, in the <u>Northern District</u> of <u>California</u>, defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for her own use or the use of another, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a <u>Special Agent of the Diplomatic Security Service</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: ___/s/___
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested:  ☐ Yes ☒ No
Bail Amount: <u>N/A</u>

Signature of Complainant, Miguel Suau

Sworn to before me and subscribed in my presence,

March 27, 2008      at      San Francisco, California
Date                              City and State

**Joseph C. Spero
United States Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer

FILED MAR 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN DISTRICT OF CALIFORNIA | ) |
| | ) ss. AFFIDAVIT |
| CITY AND COUNTY OF SAN FRANCISCO | ) |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
MAXIMINA BANOS MENDEZ, A/K/A MARIA DEL CARMEN NEGRON ROSARIO,
WITH VIOLATING 18 U.S.C. 1542,
FALSE STATEMENTS IN APPLICATION AND USE OF PASSPORT

I, Miguel Suau, as a duly sworn federal law enforcement officer, hereby depose and state as follows:

**Purpose**

This Affidavit is made in support of a complaint against MAXIMINA BANOS MENDEZ, A/K/A MARIA DEL CARMEN NEGRON ROSARIO, for a violation of Title 18 U.S.C. Section 1542 – False Statement(s) in an application for a passport.

The statements set forth below are submitted to establish probable cause that MAXIMINA BANOS MENDEZ, A/K/A MARIA DEL CARMEN NEGRON ROSARIO, has violated Title 18 U.S.C. Section 1542. These statements are based upon my personal knowledge, the review of various records and documents obtained during this investigation, interviews conducted during this investigation, and discussions with other law enforcement officers. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation, however, no detail or fact that would potentially negate probable cause has been excluded.

**Affiant Background**

I am a Special Agent employed by the U.S. Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants. I have a Bachelor of Science in Psychology, a Bachelor of Arts in Criminology, and a Juris Doctor in Law from the University of Florida. I practiced law in Florida, specializing in criminal and civil defense. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, as well as the Diplomatic Security Service's Basic Special Agent Course. As a DSS Special Agent, I have received training in federal laws and regulations specifically regarding passports, visas, and other citizenship documents.

**Relevant Statute**

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United

States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisonment not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Facts Supporting Probable Cause**

1. On March 24, 2008, MAXIMINA BANOS MENDEZ ("MENDEZ") submitted a DS-11 application for a United States Passport (No. 059253482) at the San Francisco Passport Office in San Francisco California, which is located in the Northern District of California. MENDEZ listed her name in the passport application as MARIA DEL CARMEN NEGRON ROSARIO. The application included a photograph and Social Security Number (ending in digits 3346). As proof of citizenship and identity, MENDEZ presented an original California Driver's License (No. D1934839) and an original Puerto Rico birth certificate (No. D0388219).

2. During the processing of this application and supporting documents, it was identified as possibly being submitted by an imposter as there were multiple fraud indicators present. A search of the name MARIA DEL CARMEN NEGRON ROSARIO on the Department of Consular Affairs Consular Consolidated Database ("CCD"), which maintains electronic copies of all passport applications in the United States, revealed that the name MARIA DEL CARMEN NEGRON ROSARIO was previously used in two other DS-11 applications for United States Passports. The first was No. 089039165 in 2000 and the second was No. 312247776 on May 7, 2007. In both prior cases, the U.S. State Department requested additional information from the applicant and the applicant subsequently abandoned the applications without replying. Your affiant compared the photographs submitted in these previous applications with the photograph submitted by MENDEZ in the application from March 24, 2008. Your affiant observed a strong physical resemblance between all three photographs and believed the person in all three photographs to be one and the same. MENDEZ's current application was referred to the Department of State, Diplomatic Security Service ("DSS") for criminal investigation.

3. On March 26, 2008, DSS SA Cassius Gray and I interviewed MENDEZ, who was purporting to be MARIA DEL CARMEN NEGRON ROSARIO, at the San Francisco Passport Office. MENDEZ identified a copy of passport application # 059253482 in the

name of MARIA DEL CARMEN NEGRON ROSARIO as one she had submitted in order to obtain a United States Passport, and told us the following, in sum and substance: her true name is Maximina Banos Mendez; she was born in Mexico on August 21, 1976, to Alejandrina Banos and Wenceslao Mendez; in 2000 in Cadiz, CA, she purchased a Puerto Rico Certificate of Birth and a Social Security card in the name of MARIA DEL CARMEN NEGRON ROSARIO (but could not remember the amount paid) which she subsequently used to obtain a California Driver's License. In a comparison of MAXIMINA BANOS MENDEZ to the person in the photograph submitted as part of passport application # 059253482, your affiant believes the persons are one and the same.

**Conclusion**

I respectfully submit that the above presented facts established probable cause to believe that MAXIMINA BANOS MENDEZ did willfully and knowingly make a false statement in support of an application for a passport when she submitted a passport application bearing the name MARIA DEL CARMEN NEGRON ROSARIO to a United States Passport Office in San Francisco, California, in the Northern District of California, and submitted as proof of identity a Social Security Number, Puerto Rico birth certificate and California Driver's License, all issued under the name MARIA DEL CARMEN NEGRON ROSARIO, and that she did so with the intent to induce or secure the issuance of a passport, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Miguel Suau
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
On March 27, 2008

The Honorable Joseph C. Spero
U.S. Magistrate Judge
Northern District of California