rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 4 M | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR 10:49 - 10:53 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>March 28, 2008 | | NEW CASE<br>☐ | CASE NUMBER<br>3-08-70185 JCS |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Maximina Banos Mendez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ron Tyler | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Wendy Thomas | | INTERPRETER<br>Melinda Basker - Spanish | | ☒ FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Silvio Lugo | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | |
|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: FILED | | |

| ARRAIGNMENT | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED MAR 28 2008 | |

RELEASE

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | | |
|---|---|---|---|---|---|
| TO:<br>04/02/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT:<br>9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT SET | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON.<br>Judge Larson | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

ADDITIONAL PROCEEDINGS

Dft has an INS detainer.

KLH, JCS, WH

DOCUMENT NUMBER: 28